UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Ruby Kinney individually and Jeanette Curry in her capacity as attorney in fact and next friend of Ruby Kinney,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)     **Civil Action No.**<br>**v.** )<br>)     **2:17-cv-00159-B**<br>**Warren Manor Health and Rehabilitation Center et al.,** )<br>)<br>)<br>)<br>**Defendants.** ) | |

## STATUS REPORT

Counsel for plaintiff and defense are pleased to inform the Court that this case, which was ordered to arbitration, was settled in its entirety at mediation on October 26, 2017. To facilitate settlement, Plaintiff has filed a *Suggestion of Death and Unopposed Motion To Substitute Plaintiff* asking the Court to substitute Ruby Kinney's Administrator as the proper plaintiff before the case is finally dismissed and closed.

Respectfully submitted,

/s/ *Keith McKerall*
Keith McKerall
Attorney for Plaintiff
BURKE HARVEY, LLC
3535 Grandview Parkway, Suite 100
Birmingham, Alabama 35243
Telephone: (205) 930-9091
Facsimile: (205) 930-9054
kmckerall@burkeharvey.com

## CERTIFICATE OF SERVICE

  I hereby certify that I have this 27th day of October, 2017, electronically filed and/or mailed a copy of the foregoing to the following:

Michael E. Phillips
Hagwood Adelman Tipton, P.C.
One LeFleur's Square
4735 Old Canton Road, Suite 111
P.O. Box 14188
Jackson, MS 39236
(601) 608-6300

Hunter C. Carroll
Hagwood Adelman Tipton, P.c.
2000 Southbridge Parkway, Suite 601
Birmingham, AL 35209
(205) 703-7448

                */s/ Keith McKerall*
                Attorney for Plaintiff