```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
            NORTHERN DIVISION
```

| | |
|---|---|
| **RUBY KINNEY,** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | CIVIL ACTION NO. 17-cv-00159-B |
| : | |
| **SSC SELMA OPERATING COMPANY, LLC** : | |
| : | |
| Defendant. : | |

## ORDER

This action is before the Court on the unopposed motion of Jeanette Curry to be substituted as the proper Plaintiff in this action. (Doc. 11). Curry avers that Plaintiff Ruby Kinney died on July 2, 2017, and that the Dallas County Probate Court appointed her as Administrator of the Estate of Ruby Mae Kinney. Upon consideration and for good cause shown, Jeanette Curry is substituted as the proper Plaintiff in this case pursuant to Federal Rule of Civil Procedure 25(a).

**DONE** this **31st** day of **October, 2017.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**